**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRANDON J. JAMES,**                                                                                    **PLAINTIFF**
**ADC #171937**

**v.**                                                  **4:20-cv-0894-KGB-JTK**

**WENDY KELLEY,** *et al*.                                                         **DEFENDANTS**

**ORDER**

The Court has reviewed the proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 9).   Plaintiff Brandon J. James has not filed any objections, and the time to file objections has passed.   Accordingly, after careful consideration, the Court concludes that the proposed findings and recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id*.). The Court dismisses without prejudice Mr. James's complaint for failure to state a claim upon which relief may be granted.   Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g).   The Court certifies that an *in forma pauperis* appeal from this Order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

It is so ordered this the 21st day of October, 2020.

Kristine G. Baker
United States District Judge